**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    David Glen Mays v. The State of Texas

Appellate case number:    01-13-00296-CR

Trial court case number:    B-120056-R

Trial court:    163rd District Court of Orange County

On December 16, 2013, counsel for appellant filed a Motion to Withdraw as Counsel. The motion is **denied**. It is so ORDERED.

Judge's signature:    /s/ Rebeca Huddle
                        X  Acting individually    ☐  Acting for the Court

Date: January 14, 2014